United States District Court
Southern District of Texas
**ENTERED**
October 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:19-CR-330 |
| | § | |
| ELENO GUADALUPE MARROQUIN-RODRIGUEZ; aka ELENO G MARROQUIN; aka ELENO MARROQUIN RODRIGUEZ | § § § § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant has no status to remain in the United States lawfully and an active immigration detainer has been entered. Further, there is an active warrant for the defendant's arrest and he has pending state charges. The Court understands the defendant is a DACA recipient. However, the Court has no information that the defendant would be eligible for an immigration bond if released. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant may move to re-open the detention hearing if he can establish he is eligible for an immigration bond, provided the other impediments to release have been resolved.

The defendant is committed to the custody of the United States Marshal or his

designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 18th day of October 2019.

_____
Jason B. Libby
United States Magistrate Judge